# AFFIDAVIT OF SERVICE

| | |
|---|---|
| **Pedro Torres-Tinajero, on behalf of himself and all other similarly situated persons**<br><br>Plaintiff(s),<br><br>VS<br><br>**Alpha Construction of the Triad, Inc., Judith J. Bautista and Jeffery W. Alley,**<br>Defendant(s) | UNITED STATES DISTRICT COURT<br><br>for the<br><br>Middle District of North Carolina<br><br>Civil Action No. 1:18-CV-00160 |

Type of service: Summons, Complaint, Notice of Filing of Consent to Sue, and Mediator List for mediation by the MDNC.

Party to be served: **Jeffery W. Alley**

Served on: **May 21, 2018 @ 7:10pm**

Address where attempted: **7707 Betsy Bruce Ln, Summerfield, NC 27358**

(XX) **INDIVIDUAL SERVICE:** by delivering, personally to the named defendant, a true copy of this process.
He stated that he was **Jeffery W. Alley.**

( ) **SUBSTITUTE SERVICE:** by delivering a true copy of this process at his/her usual place of abode with: _____ relationship) _____ person residing therein of suitable age and discretion who confirmed the defendant resides at the above address and informing such person of their contents.

( ) **CORPORATE OR GOVERNMENT SERVICE:** by delivering a true copy of the process to: _____

( ) **NON-SERVICE** after due & diligent attempts at the above address the defendant was not located.

Comments:

W/M   5'9"—5'11"   180-160   Brown hair   47—53y

I **Kathy Anderson** hereby certify that I am not a party to the above action or suit and I am over 18 years of age and the above affidavit is true and correct. Under penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true.

_[signature]_
Server in Good Standing in: North Carolina

Sworn to and subscribed before me this 23 day of MAY, 2018.

_[signature]_
Notary Public
Server personally known to me

ROGER W ANDERSON
Notary Public, North Carolina
Davie County
My Commission Expires
August 03, 2021

CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served a copy of the original of the foregoing document on the following person(s) and/or entities listed below by U.S. Mail, postage prepaid, first class delivery, addressed as follows:

>Jeffrey W. Allen
>7707 Betsy Bruce Lane
>Summerfield, NC 27358
>
>Judith J. Bautista
>7707 Betsy Bruce Lane
>Summerfield, NC 27358
>
>Alpha Construction of the Triad, Inc.
>c/o Jeffrey W. Allen, Secretary and Officer of Alpha Construction of the Triad, Inc.
>7707 Betsy Bruce Lane
>Summerfield, NC 27358

And to certify on this the 30th of May, 2018 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system..

This the 30th day of May, 2018.

>/s/ Robert J. Willis
>Robert J. Willis
>Counsel for Plaintiff
>E-mail: rwillis@rjwillis-law.com