IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PEDRO TORRES-TINAJERO, on behalf of himself and all other similarly situated persons ) ) ) Plaintiffs, ) ) v. ) ) ALPHA CONSTRUCTION OF THE TRIAD, ) INC., JUDITH J. BAUTISTA, and JEFFREY ) W. ALLEY, ) ) ) Defendants. ) ) | CLASS ACTION<br><br>29 U.S.C. § 216(b)<br>COLLECTIVE ACTION<br><br>Civil Action No.:<br>1:18-cv-160-WO-JEP |

## JOINT MOTION FOR ENTRY OF
## CONSENT ORDER APPROVING SETTLEMENT AGREEMENT

NOW COMES the named plaintiff, Pedro Torres-Tinajero, by and through his undersigned counsel of record Robert J. Willis, pursuant to Rule 41(a)(1)(ii) and Rule 70 of the Federal Rules of Civil Procedure, and defendant Judith Bautista Alley also known as Judith J. Bautista, the President of Alpha Construction of the Triad, Inc. (herein after "ALPHA"), appearing *pro se*, and hereby voluntarily stipulate to the Court's entry of the Final Consent Order Approving the Settlement Agreement that is attached to this Joint Motion as against only two (2) of the three (3) defendants named in the caption of this Joint Motion. Those two defendants are defendant Judith J. Bautista a/k/a Judith J. Alley, the former spouse of co-defendant Jeffrey W. Alley, and defendant ALPHA. If this Joint Motion is granted, the plaintiff's action will continue as against the individual defendant Jeffrey W. Alley.

The undersigned parties also voluntarily stipulate to the Court's dismissal with prejudice of the claims and complaints asserted and filed in the above-captioned action by named plaintiff Pedro Torres-Tinajero against defendant ALPHA and defendant Judith J. Bautista also known as Judith J. Alley. This Joint Motion is based upon the Settlement Agreement between the moving parties that is attached marked as Exhibit A.

Dated: November 19, 2018.

By: _____
Judith J. Bautista
Appearing *Pro Se*
and as President of Alpha
Construction of the Triad, Inc.
P.O. Box 454
Oak Ridge, NC 27310
Tel: (336) 554-1924
jjjalley@gmail.com

November 23, 2018.

LAW OFFICE OF ROBERT J. WILLIS, P.A.

By: /s/ Robert J. Willis
Robert J. Willis
N.C. Bar No. 10730
P.O. Box 1828
Pittsboro, NC 27312
Tel: (919) 821-9031
Fax: (919) 821-1763
rwillis@rjwillis-law.com
Attorney for Plaintiff

Signature of Pedro Torres-Tinajero

Dated: November 23, 2018.

3

CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served a copy of the original of the foregoing document on the following person(s) and/or entities listed below by U.S. Mail, postage prepaid, first class delivery, addressed as follows:

>Jeffrey W. Alley
>7707 Betsy Bruce Lane
>Summerfield, NC 27358
>
>Judith Bautista Alley
>P.O. Box 454
>Oak Ridge, NC 27310
>jjjalley@gmail.com
>
>Alpha Construction of the Triad, Inc.
>c/o Judith Bautista Alley, President of Alpha Construction
>  of the Triad, Inc.
>P.O. Box 454
>Oak Ridge, NC 27310
>jjjalley@gmail.com

And to certify on this the 23rd day of November, 2018 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

This the 23rd day of November, 2018.

>/s/ Robert J. Willis
>Robert J. Willis
>Counsel for Plaintiff
>E-mail: rwillis@rjwillis-law.com

4