IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

PEDRO TORRES-TINAJERO, on behalf of )
himself and all other similarly situated persons )
             )
     Plaintiffs,    )  CLASS ACTION
             )
v.               )  29 U.S.C. § 216(b)
             )  COLLECTIVE ACTION
ALPHA CONSTRUCTION OF THE TRIAD, )
INC., JUDITH J. BAUTISTA, and JEFFREY )
W. ALLEY,          )
             )  Civil Action No.:
             )  1:18-cv-160-WO-JEP
     Defendants.  )
             )

## SECOND JOINT MOTION FOR ENTRY OF CONSENT ORDER APPROVING SETTLEMENT AGREEMENT

NOW COMES the named plaintiff, Pedro Torres-Tinajero, by and through his undersigned counsel of record Robert J. Willis, pursuant to Rule 41(a)(1)(ii) and Rule 70 of the Federal Rules of Civil Procedure, and defendant Judith Bautista Alley also known as Judith J. Bautista, appearing *pro se*, and hereby voluntarily stipulate to the Court's entry of the attached Consent Order Approving the Settlement Agreement that is attached to this Joint Motion as against only one (1) of the three (3) defendants named in the caption of this Joint Motion. That defendant is defendant Judith J. Bautista a/k/a Judith J. Alley, the former spouse of co-defendant Jeffrey W. Alley. If this Joint Motion is granted, the plaintiff's action will continue as against the individual defendant Jeffrey W. Alley and against Alpha Construction of the Triad, Inc. (hereinafter referred to as "ALPHA").

The undersigned parties also voluntarily stipulate to the Court's dismissal with prejudice of the claims and complaints asserted and filed in the above-captioned action by named plaintiff Pedro Torres-Tinajero against defendant Judith J. Bautista also known as Judith J. Alley after the expiration of a 60-day time period following the Court's entry of the attached proposed Consent Order Approving the Settlement Agreement to allow the plaintiff to enforce the terms of the attached proposed Consent Order Approving the Settlement Agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381, 114 S.Ct. 1673, 128 L.Ed.2d 391 (1994)(courts may retain jurisdiction to enforce settlement agreements by including provisions in their judgments to expressly provide for that authority). This Joint Motion is based upon the Settlement Agreement between the moving parties that is attached marked as Exhibit A.

Dated: February 7, 2019.

By: _____
Judith J. Bautista
Appearing *Pro Se*
P.O. Box 454
Oak Ridge, NC 27310
Tel: (336)554-1924
jjjalley@gmail.com

February 11, 2019.

LAW OFFICE OF ROBERT J. WILLIS, P.A.

By: _____
Robert J. Willis
N.C. Bar No. 10730
P.O. Box 1828
Pittsboro, NC 27312
Tel: (919) 821-9031
Fax: (919) 821-1763
rwillis@rjwillis-law.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date the 11th day of February, 2019 served a copy of the original of the foregoing document on the following person(s) and/or entities listed below by U.S. Mail, postage prepaid, first class delivery, addressed as follows:

    Jeffrey W. Alley
    7707 Betsy Bruce Lane
    Summerfield, NC 27358

    Judith Bautista Alley
    P.O. Box 454
    Oak Ridge, NC 27310
    jjjalley@gmail.com

    Alpha Construction of the Triad, Inc.
    c/o Judith Bautista Alley, President of Alpha Construction
     of the Triad, Inc.
    P.O. Box 454
    Oak Ridge, NC 27310
    jjjalley@gmail.com

And to certify on this the 11th day of February, 2019 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

    This the 11th day of February, 2019.

    _____
    Robert J. Willis
    Counsel for Plaintiff
    E-mail: rwillis@rjwillis-law.com